UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID CHENEY, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PUGET SOUND ENERGY, INC., a Washington Public Utility Corporation,<br><br>Defendant. | No. 3:22-cv-05942<br><br>DECLARATION OF HEATHER MACLAREN IN SUPPORT OF NOTICE OF REMOVAL |

I, Heather MacLaren, declare as follows:

1. I am currently employed as Puget Sound Energy, Inc.'s ("PSE") labor relations manager, and I make this declaration based on my personal knowledge and on files and records kept in the regular course of PSE's business.

2. Plaintiff was employed by PSE as a Corrosion Control Technician. This job is part of the UA collective bargaining unit. Plaintiff was represented by the United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, Local 26 ("UA"), and the terms and conditions of his employment were governed by the UA collective bargaining agreement. Attached to this declaration as **Exhibit A** is a true and correct copy of the Corrosion Control Technician job description



**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3. Attached to this declaration as **Exhibit B** is a true and correct copy of the cited excerpts of the Collective Bargaining Agreement ("CBA") between PSE and the UA, effective 2021-2025. The UA represented, among others, PSE's pipefitters and related gas pipeline construction trade jobs.

4. Attached to this declaration as **Exhibit C** is a true and correct copy of the cited excerpts of the of the UA CBA effective 2017-2021.

5. Attached to this declaration as **Exhibit D** is a true and correct copy of the cited excerpts of the of the CBA between PSE and the International Brotherhood of Electrical Workers, Local Union No. 77 ("IBEW"), effective December 12, 2017 through March 31, 2020.

6. Attached to this declaration as **Exhibit E** is a true and correct copy of the cited excerpts of the of the CBA between PSE and the IBEW effective April 1, 2020 through March 31, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED at Bothell, WA, ______________, this 5th day of December 2022.

By: DocuSigned by: Heather MacLaren
B87B4F7118B8413...

Heather MacLaren
Labor Relations Program Manager, PSE



**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on December 5, 2022, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: December 5, 2022

*s/ Mary Lyles*
Mary Lyles, Legal Practice Assistant



**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# EXHIBIT A

PSE PUGET SOUND ENERGY

# JOB DESCRIPTION

TITLE: CORROSION CONTROL TECH

DEPARTMENT: SYSTEM CONTROL AND PROTECTION

DATE REVIEWED: DECEMBER 2017

## JOB SUMMARY

Safety is the number one priority for Puget Sound Energy. This position requires participation in safety and tailgate meetings, performing safety inspections, identification and reporting of safety incidents and unsafe conditions, obtaining and maintaining required licenses and certifications and participation in emergency response drills.

Demonstrates commitment to conduct business honestly, ethically and consistent with our core values and Code of Conduct. Ensures duties are performed in accordance with all regulatory compliance obligations.

This position holds responsibility for gas safety compliance with PSE's Gas Operating Standards and Gas Field Procedures when engaged in operating, maintaining, constructing PSE's natural gas system, customer equipment, and/or leased equipment. Construct, install, maintain, inspect and operate gas- piping systems consistent with standard practices and safety regulations. Initiate and work within the Incident Command Structure. Perform similar and incidental duties as required. Interact and communicate with co-workers, contractors, emergency personnel and the public. Participate in meetings and problem solving groups with coworkers and management. Documenting inspections and work activities. Should be readily available for call outs to respond to emergencies.

Achieve and maintain proficiency in current and new technologies. Direct duties of others as assigned. Train others in department specific safety, operations, maintenance, and repair procedures.

## JOB RESPONSIBILITIES

- Cathodic Protection (CP) system operation and maintenance
  - Perform CP testing and inspections
  - Investigate CP system issues
- Construction work
  - Perform associated pre-work (permitting, traffic control, pre-con meetings, job starts, etc…)
  - Install/maintain/remove equipment and fittings to maintain CP system
- Manage outside emergencies by initiating make safe procedures and working within the incident command structure.
- Ensure safe operation of customer owned and leased equipment
- Operate and maintain residential and light commercial Meter Set Assemblies.
- Locate and operate valves
- Perform maintenance activities including measuring pipe-to-soil potentials, locating pipe, wrapping, painting, and repair or replacement of gas piping components as qualifications and training allow.
- Interact with, monitor and support on-site contractors or vendors.

In addition to the above responsibilities, Corrosion Control Tech II will also:

- CP system operation and maintenance
  - Locate and design CP systems
  - Conduct required surveys (CIS, DCVG, casing isolation)
  - Investigate and troubleshoot CP system issues
  - System improvement and field data collection
- Operate motor vehicles in a safe, professional, and courteous manner in accordance with Company Policy Manual requirements.

## QUALIFICATION REQUIREMENTS

- Applicant must have successfully completed journey level school and be proficient in using tools and equipment of the trade on gas systems.
- Must have working knowledge of the fundamentals of Gas as it pertains to utility systems.
- Must have the ability to communicate effectively with others and respond to public inquiries or concerns.
- Must maintain necessary certifications and licenses, and have a working knowledge of all Company standards, practices, policies, procedures, safety regulations, codes and State regulations as they pertain to the job.
- Must possess a valid driver's license. This position may require the applicant to have and maintain a Commercial Driver's License (CDL) including necessary endorsements and removal of air brake restriction.
- Must be able to comply with safety sensitive components of the DOT Pipeline Operator Regulations

Prior to performing all assignments of the position unobserved, the applicant must become fully qualified in all Operator Qualification (OQ) tasks required for the position of Corrosion Control Technician as defined in PSE's Operator Qualification Plan and must remain current in all Operator Qualifications required for the position.

- Corrosion Control Tech I: Must be able to complete NACE I certification process, or equivalent, within 18 months.
- Corrosion Control Tech II: Requires completion of NACE II Certification, or equivalent.
- Corrosion Control Tech III: Must be in the department for a minimum of 5 years and hold both NACE I and NACE II certifications, or equivalent. The selection process for this position includes an interview and testing process.

## JOB CONDITIONS AND PHYSICAL EFFORT

The duties and responsibilities are performed indoors and in outdoor environments which include all weather conditions, noise levels, hazardous conditions and the full range of work surfaces. The position involves sitting, standing, walking, moderate to heavy lifting, moderate carrying, bending, reaching, kneeling, twisting, balancing, climbing, and operation of equipment, tools, machinery and computer operation. The use of protective clothing and/or safety devices may be required. Requires driving of Company vehicle.

# EXHIBIT B

# AGREEMENT BETWEEN

# PUGET SOUND ENERGY

# AND

# LOCALS 32 AND 26

# OF THE

# UNITED ASSOCIATION OF

# JOURNEYMEN AND APPRENTICES OF THE

# PLUMBING AND PIPEFITTING INDUSTRY OF THE

# UNITED STATES AND CANADA

**2021 – 2025**

**Table of Contents**

Article 1 - Purpose ........ 3
Article 2 - Mutual Obligations ........ 4
Article 3 - Recognition ........ 5
Article 4 - Union Security ........ 6
Article 5 - Seniority ........ 7
Article 6 - General Agreements ........ 8
Article 7 - Hours of Work ........ 13
Article 8 - Overtime, Call-out, Shift Differential and Wages ........ 16
Article 9 -Travel Pay ........ 20
Article 10 - Holidays ........ 22
Article 11 - Paid Time Off (PTO) ........ 23
Article 12 - Meal Allowance ........ 26
Article 13 - Civic Duty Leave ........ 27
Article 14 - Leaves of Absence – General ........ 28
Article 15 - Uniforms, Foul Weather and Safety Gear, Tools and Equipment ........ 30
Article 16 – Benefits and Retirement ........ 33
Article 17 - Layoffs, Bumping and Rehiring ........ 40
Article 18 - Job Postings ........ 42
Article 19 - Back-up Workforce ........ 50
Article 20 - Training ........ 51
Article 21 - Jurisdiction of Work ........ 55
Article 22 - Grievance Procedure ........ 56
Article 23 - Legality ........ 57
Article 24 - No Strike and Lockout Provisions ........ 57
Article 25 - Coverage of Agreement ........ 57
Article 26 - Term ........ 58
Appendix A – Hourly Wage Rates ........ 60
Appendix A – Continuation ........ 62
Appendix B – Hours and Shifts ........ 63
Appendix C – Reporting Locations ........ 64
Letters of Agreement ........ 65

scheduled workday, hours worked on that day will be paid as follows: eight (8) hours of holiday pay plus double time for actual hours worked.

F) Employees in the program are obligated to complete the 35-day schedule and give supervision a 14-day notice if no longer continuing with the 4/10 or 3/12-hour shift.

**7.3** By mutual Agreement between the Company and the Union, straight-time shifts of twelve (12) hours may be established for the Operations Dispatch Department.

**7.4** Any scheduled ten (10) or twelve (12) hour shift will include a half hour paid meal period.

**7.5 Scheduling**

A) Schedules will be prepared thirty-five (35) days in advance.

B) If a temporary change is necessitated by jury duty, accident, illness or emergency, and the employee affected is not notified of such change of schedule prior to one (1) hour before the end of their regular shift immediately preceding the schedule change, or twenty-four (24) hours prior to the schedule change if the employee is on a scheduled day-off, the employee will receive overtime at one and one half (1- 1/2) times the employee's regular straight time rate for the first shift.

C) The Company will determine the shifts and staffing levels necessary to meet the Company's business needs. Using the employee participation process, the group to be scheduled by headquarters or group of headquarters for shifts will cooperatively work together with supervision to fill the shifts, taking into consideration qualifications, volunteers and seniority. The schedule will be subject to review at the request of the group. Shifts are set forth in Appendix "B".

**7.6 Employee Participation Process**

The following principles concerning employee participation process, act as guidelines for a working relationship between the employees, their Unions, and the Company. They are designed to enhance productivity, increase customer

day, the employee will be paid eight (8) hours of holiday pay and the employee will be charged two (2) hours of PTO to complete the day, or the employee may elect to take leave without pay to complete the day.

**8.5 Scheduled / Unscheduled Overtime**

A) Scheduled overtime pay will begin when work commences at the headquarters where employees are assigned to report and will not be paid while traveling to or from home, while eating, or while sleeping.

1. In order for overtime to be considered scheduled, the employee must be notified prior to the end of the shift of the prior day.

B) Allocation of scheduled and unscheduled overtime work will be made as equitably as is practical among the qualified employees in an affected department.

**8.6 Emergency Responsibility** As part of their duties, employees are required to work overtime on an emergency basis and must share in the responsibility to provide continuous service.

**8.7 Call Out and Continuous Overtime Pay**

A) Employees will receive not less than two (2) hours pay at the overtime rate for each time called out from their homes during periods other than their respective shifts, except when the call occurs less than two (2) hours prior to their regularly established shift, in which case overtime pay will only apply until the beginning of the regular shift.

B) When called out from their homes;

1. Employees who do not take a Company vehicle home, will be paid beginning when they receive the call, and will be paid thirty (30) minutes travel time after relieved from duty, unless they continue into their regular shift.
2. Employees who take a Company vehicle home will be paid beginning when they receive the call, until they return home, (port to port) unless they continue into their regular shift.

C) If, during an emergency, an employee works continuous overtime for eight

(8) or more hours prior to the beginning of the normal shift, the employee will be paid at the overtime rate until the employee is offered a rest period of eight (8) hours or longer. An employee on continuous overtime who is offered such rest period may elect to take the rest period or continue to work all or part of the normal work period at straight time rates as provided in Appendix "A". Supervisors may relieve an employee from continuous duty (over 8 hours) at any time.

**8.8 Higher Classification Work**

When relieving a higher classification, the employee will be paid the rate of the higher classification for actual time worked as if they had bid the job. Holidays falling during the performance of such higher classified work will be paid at such higher rate providing the employee works the day before and the day after the holiday. Paid Time Off taken during relief will be paid at the higher rate when relieving vacancies lasting in excess of thirty (30) calendar days.

**8.9 Shift Differential**

A shift differential equal to ten (10%) percent of the employee's regular straight time rate will be paid for straight time hours worked between 6:00 PM and 6:00 AM, Monday through Saturday, and for 24 hours on Sunday.

**8.10 Lead Pay** When awarded a lead role; the member will be paid at 10% above their journey level rate, to be included in their base rate. (See 18.7)

### 9.4 Company Vehicles

The Company may permit employees to drive Company vehicles to and from work. Using a Company vehicle to commute to and from work is voluntary on both the Company's and the employee's part. This is subject to Company policy and, where appropriate, a determination by a supervisor on a case-by-case basis.

A) At the start of the workday, employees driving Company vehicles from home will commute on their own time and report for work at their scheduled starting time at their designated headquarters or alternative starting locations (see Appendix C). The employee's supervisor will determine appropriate starting locations for each employee taking a vehicle home. At the end of the workday, the employees will report to a designated Company location (which may be different from the morning location) and will then drive home on their own time.

B) Employees will not perform any work before reporting to the designated location in the morning or after leaving the designated location to go home at the end of the workday. The Laptop computer is not to be turned on until the employee's scheduled start time and is to be turned off when the employee leaves for home at the end of the workday. All stocking, servicing, maintaining, inspecting and cleaning of the vehicle will be done on paid time during the employee's scheduled shift. Those employees who take vehicles home will be paid to perform vehicle inspections per DOT guidelines.

C) These arrangements are not considered established headquarters covered by 9.1, or temporary headquarters covered by 9.2, and these day-to-day designations of reporting locations are not covered by Article 18. An employee's established bid headquarters will not be affected by these designated reporting locations.

### 9.5 Mileage

Employees using a personal vehicle for Company business will be reimbursed at the applicable IRS mileage rate.

**UA Locals 32 & 26**
**Appendix B**

Hours and Shifts Referred to in Article **7.5(C)**

- 6:30 AM - 3:00 PM 30 minutes lunch
- 7:00 AM - 3:30 PM 30 minutes lunch
- 7:30 AM - 4:00 PM 30 minutes lunch
- 8:00 AM - 4:30 PM 30 minutes lunch
- 10:00 AM - 6:30 PM 30 minutes lunch
- 8:15 AM - 4:45 PM 30 minutes lunch
- 8:30 AM - 5:00 PM 30 minutes lunch
- 1:00 PM - 9:00 PM Lunch on Company time
- 3:00 PM - 11:00 PM Lunch on Company time
- 8:30 AM - 5:30 PM 1 hour lunch
- 8:00 AM - 5:00 PM 1 hour lunch
- 8:00 AM - 4:00 PM Lunch on Company time
- 4:00 PM - 12:00 AM Lunch on Company time
- 12:00 AM - 8:00 AM Lunch on Company time
- 11:00 AM - 7:00 PM Lunch on Company time (Dispatch Only)

* Other alternate shifts can be utilized if mutually agreed to by the Union and Management.

# EXHIBIT C

# AGREEMENT BETWEEN

# PUGET SOUND ENERGY

# AND

# LOCALS 32 AND 26
# OF THE
# UNITED ASSOCIATION OF
# JOURNEYMEN AND APPRENTICES OF THE
# PLUMBING AND PIPEFITTING INDUSTRY OF THE
# UNITED STATES AND CANADA

**2017 - 2021**

# TABLE OF CONTENTS


Article 1 - Purpose .... 1
Article 2 - Mutual Obligations .... 2
Article 3 - Recognition .... 3
Article 4 - Union Security .... 3
Article 5 - Seniority .... 4
Article 6 - General Agreements .... 4
Article 7 - Hours of Work .... 8
Article 8 - Overtime, Call-out, Shift Differential and Wages .... 11
Article 9 -Travel Pay .... 15
Article 10 - Holidays .... 16
Article 11 - Paid Time Off (PTO) .... 17
Article 12 - Meal Allowance .... 19
Article 13 - Civic Duty Leave .... 20
Article 14 - Leaves of Absence - General .... 21
Article 15 - Uniforms, Foul Weather and Safety Gear, Tools and Equipment .... 22
Article 16 - Health and Safety Provisions .... 24
Article 17 - Layoffs, Bumping and Rehiring .... 25
Article 18 - Job Postings .... 27
Article 19 - Back-up Workforce .... 32
Article 20 - Training .... 33
Article 21 - Jurisdiction of Work .... 37
Article 22 - Grievance Procedure .... 38
Article 23 - Legality .... 39
Article 24 - No Strike and Lockout Provisions .... 40
Article 25 - Coverage of Agreement .... 40
Article 26 - Term .... 40
APPENDIX A .... 43
Hourly Wage Rates .... 43
APPENDIX B .... 47
APPENDIX C .... 48
Letters of Agreement .... 54

of straight-time pay.

4. When a holiday occurs during the employee's scheduled work day and the employee performs no work on that day, the employee will be paid eight (8) hours of holiday pay and the employee will be charged (4.44) hours of PTO to complete the day. The employee may elect to take leave without pay to complete the day.

5. When the employee works on a holiday that occurs during the employee's scheduled work day, hours worked on that day will be paid as follows: eight (8) hours of holiday pay plus double time for actual hours worked.

6. Employees in the program are obligated to complete the 35-day schedule and give supervision a 14-day notice if no longer continuing with the 4/10 or 3/12-hour shift.

**Section 7.3** Schedules shall be prepared thirty-five (35) days in advance.

If a temporary change is necessitated by jury duty, accident, illness or emergency, and the employee affected is not notified of such change of schedule prior to one (1) hour before the end of their regular shift immediately preceding the schedule change, or twenty-four (24) hours prior to the schedule change if the employee is on a scheduled day-off, the employee shall receive overtime at one and one half (1-1/2) times the employee's regular straight time rate for the first shift.

**Section 7.4** The Company will determine the shifts and staffing levels necessary to meet the Company's business needs. Using the employee participation process, the group to be scheduled by headquarters or group of headquarters for shifts shall cooperatively work together with supervision to fill the shifts, taking into consideration qualifications, volunteers and seniority. The schedule will be subject to

review at the request of the group. Shifts are set forth in Appendix "B".

**Section 7.5** The following principles concerning employee participation process, act as guidelines for a working relationship between the employees, their Unions, and the Company. They are designed to enhance productivity, increase customer satisfaction, improve the quality of products and processes, and empower employees in new ways to tap their creativity, energy, and knowledge.

1. Both parties must have adequate training in the rules and procedures of the team concept.

2. The Union must be a full and equal partner with the Company at every stage of the process.

3. There must be an equal amount of representation in the team concept.

4. The decision makers must be at the table.

5. Both parties must be willing to share and disclose information.

6. Union and Management will pick their own team members.

7. The process must not interfere with the terms and conditions of the Collective Bargaining Agreement. It is not the purpose of the process to create a parallel bargaining structure.

8. Participation in the process will be voluntary for Union members.

9. Trust can only be earned by both parties.

10. Employees are responsible to notify their Union Business Representatives of their participation on a team.

This method of working together is intended to allow us

middle days off. Hours worked on the last scheduled day off shall be paid at two times the employee's regular straight time rate. Hours worked on Sundays and Company recognized holidays shall be paid per Section 8.4C.

F) The maximum overtime that is paid in a calendar year at one and one half (1-1/2) the employee's regular straight time rate shall be limited to one hundred forty four (144) hours per year.

G) Employees working four/ten (4/10) hour day shifts can be scheduled up to eight (8) hours overtime on the fifth day worked in conjunction with their work week at one and one half (1-1/2) times the employees' regular straight time rate, unless the fifth day falls on a holiday at which time the employees will be paid at two (2) times their regular straight time rate of pay. No overtime compensation will be paid to employees on this work schedule, unless and to the extent a workday exceeds ten (10) hours. If a four/ten (4/10) workweek contains a holiday, the normal workweek for that week shall consist of a five (5) day work week, eight (8) hours per day. As an option, when a holiday occurs during the employee's scheduled work day and the employee performs no work on that day, the employee will be paid eight (8) hours of holiday pay and the employee will be charged two (2) hours of PTO to complete the day, or the employee may elect to take leave without pay to complete the day.

**Section 8.5** Employees shall receive not less than two (2) hours pay at the overtime rate for each time called out from their homes during periods other than their respective shifts, except when the call occurs less than two (2) hours prior to their regularly established shift, in which case overtime pay will only apply until the beginning of the regular shift.

When called out from their homes;

A) Employees who do not take a company vehicle home, shall be paid beginning when they receive the call, and shall be paid thirty (30) minutes travel time after relieved from duty, unless they continue into their regular shift.

B) Employees who take a company vehicle home as provided by the Letter of Agreement dated November 30, 2007 shall be paid beginning when they receive the call, until they return home, (port to port) unless they continue into their regular shift.

**Section 8.6** Allocation of scheduled and unscheduled overtime work shall be made as equitably as is practical among the qualified employees in an affected department.

**Section 8.7** As part of their duties, employees are required to work overtime on an emergency basis and must share in the responsibility to provide continuous service.

**Section 8.8** When relieving a higher classification the employee shall be paid the rate of the higher classification for actual time worked as if they had bid the job. Holidays falling during the performance of such higher classified work shall be paid at such higher rate providing the employee works the day before and the day after the holiday. Paid Time Off taken during relief shall be paid at the higher rate when relieving vacancies lasting in excess of thirty (30) calendar days.

**Section 8.9** A shift differential equal to ten (10%) percent of the employee's regular straight time rate shall be paid for straight time hours worked between 6:00 PM and 6:00 AM, Monday through Saturday, and for 24 hours on Sunday.

**Section 8.10** The regular payroll period for employees covered by this Agreement shall be each two weeks beginning at 12:01 a.m. on a Monday in accordance to the Company's payroll schedule and ending with the second

## UA LOCALS 32 & 26

## APPENDIX B

Hours and Shifts Referred to in Article **7**, Section 7.4

| | |
|---|---|
| 6:30 AM - 3:00 PM | 30 minutes lunch |
| 7:00 AM - 3:30 PM | 30 minutes lunch |
| 7:30 AM - 4:00 PM | 30 minutes lunch |
| 8:00 AM - 4:30 PM | 30 minutes lunch |
| 10:00 AM - 6:30 PM | 30 minutes lunch |
| 8:15 AM - 4:45 PM | 30 minutes lunch |
| 8:30 AM - 5:00 PM | 30 minutes lunch |
| 1:00 PM - 9:00 PM | Lunch on Company time |
| 3:00 PM - 11:00 PM | Lunch on Company time |
| 8:30 AM - 5:30 PM | 1 hour lunch |
| 8:00 AM - 5:00 PM | 1 hour lunch |
| 8:00 AM - 4:00 PM | Lunch on Company time |
| 4:00 PM - 12:00 PM | Lunch on Company time |
| 12:00 AM - 8:00 AM | Lunch on Company time |
| 11:00 AM - 7:00 PM (Dispatch Only) | Lunch on Company time |

*Other alternate shifts can be utilized if mutually agreed to by the Union and Management.

www.pse.com

PSE PUGET SOUND ENERGY

Puget Sound Energy, Inc.
P.O. Box 97034
Bellevue, WA 98009-9734

# Letter of Agreement

Between

**Puget Sound Energy and United Association Locals 32 and 26**

November 30, 2007

Re: Taking Company Vehicles Home

This is to confirm the parties' agreement concerning employees who are permitted to take company vehicles home. This letter of agreement is entered into in response to the Washington Supreme Court's recent opinion in Stevens v. Brinks, 169 P.3d 473 (2007). If the court's opinion is later withdrawn or overruled, or subsequently abrogated by legislative or administrative action, the parties will meet to discuss whether this letter of agreement continues to be necessary or whether the parties will revert to the historical practice regarding taking company vehicles home.

The company may permit employees to drive company vehicles to and from work. Using a company vehicle to commute to and from work is voluntary on both the company's and the employee's part. This is subject to company policy and, where appropriate, a determination by a supervisor on a case-by-case basis.

At the start of the workday, employees driving company vehicles from home will commute on their own time and report for work at their scheduled starting time at their designated headquarters or alternative starting locations. The employee's supervisor will determine appropriate staring locations for each employee taking a vehicle home. At the end of the workday, the employees will report to a designated company location (which may be different than the morning location) and will then drive home on their own time.

Employees will not perform any work before reporting to the designated location in the morning or after leaving the designated location to go home at the end of the workday. The Laptop computer is not to be turned on until the employee's scheduled start time and is to be turned off when the employee leaves for home at the end of the workday. All stocking, servicing, maintaining and cleaning the vehicle will be done on paid time during the employee's scheduled shift. Call-outs before and after the employee's shift will be on company time and will be paid according to state and federal laws and the call-out provision of the CBA, whichever is more favorable to the employee.

These arrangements are not considered job site reporting covered by § 9.1, or temporary headquarters covered by § 9.3, and these day-to-day designations of reporting locations are not covered by Article 18. An employee's established bid headquarters will not be affected by these designated reporting locations.

07770-0725/LEGAL13702795.1

Letter of Agreement
November 30, 2007
Page 2

This letter of agreement may be revised and modified as necessary to respond to unanticipated issues that may arise in the course of the implementation and administration of this new process. In the event that such unanticipated issues arise, the parties agree to bargain in good faith and to negotiate any revisions or modifications to this letter of agreement.

Willie R. Abadilla 12-3-07
Willie R. Abadilla (Date)
Manager, Labor Relations

Jeff Owen 12/3/07
Jeff Owen (Date)
Business Representative

Albert Tremlett 12/3/07
Albert Tremlett (Date)
Business Representative

Attachment

07770-0725/LEGAL13702795.1

# Attachment to Letter of Agreement
# List of Alternative Reporting Locations

November 30, 2007

Everett Operating Base

Shoreline

Bothell Call Center

. North Operating Base Redmond

Service Center Eastside System

Operations Factoria Service Center

Georgetown Operating Base

South King Service Center

Puyallup Service Center Tacoma

Business Office

Olympia Business Office

Gig Harbor LNG Station

River Street Station - Tacoma

Lakewood Business Office Swarr

Station

Ellensburg Business Office

Kittitas Service Center

Jackson Prairie

Centralia Office

UA Local 32 Hall - Renton

# EXHIBIT D

# COLLECTIVE BARGAINING AGREEMENT

between

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL UNION NO. 77

and

PUGET SOUND ENERGY

Effective

December 12, 2017 through March 31, 2020

# *Table of Contents*

ARTICLE I Recognition .......... 4

ARTICLE II General Working Rules .......... 8

ARTICLE III Benefits .......... 38

ARTICLE IV Working Rules for Line Employees .......... 62

ARTICLE V Working Rules for Service Lineman Employees .......... 63

ARTICLE VI Working Rules for Electric Dispatcher Employees and Service Distribution Inspector Employees .......... 64

ARTICLE VII Working Rules for Substation and Relay Employees .......... 65

ARTICLE VIII Working Rules for Meter Employees .......... 68

ARTICLE IX Working Rules for Communications Employees .......... 72

ARTICLE X Working Rules for System Operation Employees .......... 73

ARTICLE XI Working Rules for Energy Production Employees .......... 85

ARTICLE XII Apprenticeship Rules .......... 97

ARTICLE XIII Working Rules for B-Group Employees .......... 103

ARTICLE XIV Grievance and Arbitration Procedures .......... 115

ARTICLE XV Wage Schedules and Job Classifications .......... 124

ARTICLE XVI Contract Duration, Termination, Renewal, and Amendment .......... 132

Index of Exhibits and Letters of Agreement .......... 134

Exhibit "D" Working Rules for Line Employees .......... 135

Subject Index .......... 159

# ARTICLE II
## General Working Rules

**2.1** The provisions of this Article apply to all Employees in classifications covered by this Agreement unless superseded by specific group working rules stated in this Agreement.

**2.2 Hours of Work**

a) Workweek: The normal workweek shall be Monday through Friday. The normal work day shall be, excluding meal periods, eight (8) consecutive hours a day starting at 8:00 a.m.

b) Shift Changes: The Company may change the schedule of the normal work days between 6:00 a.m. and 6:00 p.m. after giving the Employees five (5) days' advance notice

By mutual agreement between the Employee and the supervisor, work days of eight (8) hours per day between 6:00 a.m. and 6:00 p.m., Monday through Friday, may be scheduled without five (5) days' notice.

c) Meal Breaks: The Company shall schedule regular meal breaks of either thirty (30) minutes or sixty (60) minutes without pay for all full-time Employees working their defined scheduled work day and part-time Employees scheduled for more than five (5) consecutive hours in a shift, unless designated by the Company to eat on Company time. Meal breaks will fall approximately in the middle of the work day. Unless otherwise notified, System Operators, EP Operators, Thermal 12-Hour Shift Workers, Substation Inspectors, Service Linemen I & II, and Electric Dispatchers are designated to eat on Company time as part of their daily work. All other Employees are expected to take their meal periods unless they have received explicit supervisory approval

beforehand.

d) Alternative Work Schedules: An Employee or group of Employees and their supervisor may mutually agree to work four (4) 10-hour consecutive days, or other schedules of twelve (12)-hour days at the straight-time rate, in place of the normal five (5) 8-hour days per workweek. All time worked and paid over the Employee's agreed-to shift shall be paid at the overtime rate. An employee and supervisor may mutually agree to a non-consecutive four (4) 10-hour schedule**.**

e) With five (5) days' advance notice to the Employees, work may be organized on a shift basis, and the following conditions shall apply:

1) The Union shall be notified in advance.

2) The Supervisor shall seek Employees on a volunteer basis in the headquarters involved. If there are more volunteers than needed, seniority shall apply.

3) If there are no volunteers, the shift may be bid or qualified Employees with the least seniority shall be assigned.

4) By mutual agreement between the Company and the Union, shifts other than eight (8) hours may be established provided they comply with a minimum of the Fair Labor Standards Act. Work processes governing such shifts shall be posted on the bulletin boards where Employees work.

It is further provided that Employees will be paid at the straight-time rates when such work lasts five (5) days or longer. In transferring Employees from one shift to another, no loss in regular pay shall result and a minimum of sixteen (16) hours off duty

between work periods shall be allowed. The overtime rate shall be paid for all time less than sixteen (16) hours off duty, except where otherwise agreed upon by the Company and the Union.

f) The definitions of normal day's work and normal week's work set out herein are not intended to guarantee any Employee a certain number of work hours.

g) The Company agrees to pay a shift differential of ten percent (10%) to Employees for all scheduled straight-time hours, as well as built-in overtime and carryover hours paid at one and one-half (1½) times, worked between 6:00 p.m. and 6:00 a.m., Monday through Saturday, and for twenty-four (24) hours on Sunday. Shift differential will not be paid for any overtime hours paid at two times (2x) or for unscheduled overtime paid at one and one-half (1½) times rate of pay.

**2.3 Overtime Rules, Part 1**

a) Time worked within normal or agreed-to work periods shall be paid at the straight-time rate unless a temporary upgrade, Section 2.2(g) or Section 13.2 applies. All Employees shall be paid at the overtime rate for hours worked in excess of eight (8) minimum or the Employee's regularly scheduled shift of greater than eight (8) hours.

For Employees working twelve (12)-hour shifts with built-in overtime, all regularly scheduled shift hours after forty (40) hours in the workweek shall be paid at one and one-half (1½) times the Employee's regular straight-time rate and will be included in the calculation in Section 2.4(b).

b) Call-Back:
The following shall apply when an employee has been relieved of duty and is called back to work due to unforeseen or unplanned circumstances, prior to the beginning of their next scheduled shift:

1. Overtime pay shall begin when work commences at the employee's assigned normal work location.

2. Employees assigned to other than their normal work location, shall be paid commencing thirty (30) minutes after accepting the call out and shall be paid thirty (30) minutes travel time after relieved from duty.

3. Employees shall receive not less than two (2) hours' pay at the overtime rate for each time called out from their homes during periods other than their respective shifts, except when the call occurs less than two (2) hours prior to their regularly established shift, in which case overtime pay will only apply until the beginning of the regular shift, except for Employees covered under Section 11.6.

c) Overtime Opportunities: As far as practical, equal opportunity for overtime work should be afforded to all Employees of each classification in each headquarters, plant, or office of the Company. If, after following the call-out process, there is still unassigned work, work may be assigned to the closest qualified worker.

d) Continuous Overtime: If an Employee works continuous overtime for eight (8) or more hours prior to the beginning of the normal shift, the Employee will be paid at the overtime rate until the Employee is offered a rest period of eight (8) hours or longer. An Employee on continuous overtime who is offered such a rest period may elect to take the rest period or continue to work all or part of the normal work period at straight-time rates as provided in this section. Supervisors may relieve an Employee from continuous duty over eight (8) hours at any time.

e) Part-Time Employees: Part-time Employees shall be paid at the overtime rate when assigned to work on their scheduled day(s) off.

## 2.4 Overtime Rules, Part 2

a) Overtime Rate: The overtime rate of pay shall be either double (2x) or one and one-half (1½) times the Employee's regular straight-time rate. This rate shall also apply in the following circumstances:

1) All overtime worked when called out from home until the start of the Employee's next regularly scheduled shift.

2) All time worked in excess of twelve (12) hours in a day, other than the normal or agreed-to work period, unless Section 2.3(d) applies.

3) All time worked on Sunday and Company-recognized Holidays other than regularly scheduled shifts.

b) Double Overtime: The first fifty (50) hours of overtime beginning on January 1 of each year shall be paid at one and one-half (1½) times the Employee’s regular straight-time rate. All overtime hours after that shall be paid at double (2x) the Employee’s regular straight-time rate, excluding overtime hours noted in Section 2.3(a).

c) No Pyramiding: There will be no pyramiding or duplication of overtime pay or premium pay paid at the rate of one and one-half (1½) times or double time (2x). When an employee is eligible for both one and one-half (1½) times and double time (2x) pay, the employee will receive only the higher pay rate.

d) <u>Emergencies:</u> As a part of their duties, Employees are required to work overtime on an emergency basis and must share in the responsibility to provide continuous customer service. Each established headquarters will give Union members the responsibility to work with local management to determine a procedure for ensuring response to callouts for system outages and emergencies. A list of volunteers shall be established for a prescribed period to be determined within each headquarters. To facilitate this procedure, the following options may be explored:

1) Alter jurisdiction boundaries to allow a broader area for call-outs.

2) Cell phones may be provided to volunteers as a tool for call-out response.

3) In the event of the absence of volunteers, low classification seniority shall apply to determine who will respond.

**2.5 Meals**

a) It is the intent of the Company to pay for a meal when an employee's ability to obtain said meal is impacted by the Company. To this end the Company shall provide an allowance for meals, whether eaten or not, for Employees working unscheduled overtime work and scheduled overtime work unless Section 2.5(e) applies.

1) The meal allowance shall be equal to 50% of the Wireman hourly wage.

2) The meal allowance times shall be 6 a.m., 12 p.m. (Noon), 6 p.m., and 12 a.m. (Midnight) unless adjusted for work days other than the normal work days set forth in Section 2.2(a). Such adjusted meal times shall remain effective through the weekend.

# EXHIBIT E

# COLLECTIVE BARGAINING AGREEMENT

between

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL UNION NO. 77

and

PUGET SOUND ENERGY

Effective

April 1, 2020 through March 31, 2026

# ***Table of Contents***


**ARTICLE I Recognition ........................................................................................ 4**

**ARTICLE II General Working Rules .................................................................... 8**

**ARTICLE III Benefits........................................................................................ 42**

**ARTICLE IV Working Rules for Line Employees .................................................. 66**

**ARTICLE V Working Rules for Service Lineman Employees ................................. 67**

**ARTICLE VI Working Rules for Electric Dispatcher Employees and Service Distribution Inspector Employees .................................................. 68**

**ARTICLE VII Working Rules for Substation and Relay Employees ........................ 69**

**ARTICLE VIII Working Rules for Meter Employees ............................................... 72**

**ARTICLE IX Working Rules for Communications Employees................................ 76**

**ARTICLE X Working Rules for System Operation Employees ............................... 77**

**ARTICLE XI Working Rules for Energy Production Employees............................. 87**

**ARTICLE XII Apprenticeship Rules..................................................................... 99**

**ARTICLE XIII Working Rules for B-Group Employees ........................................ 105**

**ARTICLE XIV Grievance and Arbitration Procedures .......................................... 116**

**ARTICLE XV Wage Schedules and Job Classifications........................................ 120**

**ARTICLE XVI Contract Duration, Termination, Renewal, and Amendment.......... 134**

**Index of Exhibits and Letters of Agreement ....................................................... 136**

**Exhibit “D” Working Rules for Line Employees ................................................... 137**

**Subject Index .................................................................................................... 151**

# ARTICLE II
# General Working Rules

**2.1** The provisions of this Article apply to all Employees in classifications covered by this Agreement unless superseded by specific group working rules stated in this Agreement.

**2.2 Hours of Work**

a) Workweek: The normal workweek shall be Monday through Friday. The normal work day shall be, excluding meal periods, eight (8) consecutive hours a day starting at 8:00 a.m.

b) Shift Changes: The Company may change the schedule of the normal work days between 6:00 a.m. and 6:00 p.m. after giving the Employees five (5) days' advance notice

By mutual agreement between the Employee and the supervisor, work days of eight (8) hours per day between 6:00 a.m. and 6:00 p.m., Monday through Friday, may be scheduled without five (5) days' notice.

c) Meal Breaks: The Company shall schedule regular meal breaks of either thirty (30) minutes or sixty (60) minutes without pay for all full-time Employees working their defined scheduled work day and part-time Employees scheduled for more than five (5) consecutive hours in a shift, unless designated by the Company to eat on Company time. Meal breaks will fall approximately in the middle of the work day. Unless otherwise notified, System Operators, EP Operators, Thermal 12-Hour Shift Workers, Substation Inspectors, Service Linemen I & II, and Electric Dispatchers are designated to eat on Company time as part of their daily work. All other Employees are expected to take their meal periods unless they have received explicit supervisory approval beforehand.

d) Alternative Work Schedules: An Employee or group of Employees and their supervisor may mutually agree to work four (4) 10-hour consecutive days, or other schedules of twelve (12)-hour days at the straight-time rate, in place of the normal five (5) 8-hour days per workweek. All time worked and paid over the Employee's agreed-to shift shall be paid at the overtime rate. An employee and supervisor may mutually agree to a non-consecutive four (4) 10-hour schedule**.**

e) With five (5) days' advance notice to the Employees, work may be organized on a shift basis, and the following conditions shall apply:

1) The Union shall be notified in advance.

2) The Supervisor shall seek Employees on a volunteer basis in the headquarters involved. If there are more volunteers than needed, seniority shall apply.

3) If there are no volunteers, the shift may be bid or qualified Employees with the least seniority shall be assigned.

4) By mutual agreement between the Company and the Union, shifts other than eight (8) hours may be established provided they comply with a minimum of the Fair Labor Standards Act. Work processes governing such shifts shall be posted on the bulletin boards where Employees work.

It is further provided that Employees will be paid at the straight-time rates when such work lasts five (5) days or longer. In transferring Employees from one shift to another, no loss in regular pay shall result and a minimum of sixteen (16) hours off duty between work periods shall be allowed. The overtime rate shall be paid for all time less than sixteen (16) hours off duty,

except where otherwise agreed upon by the Company and the Union.

f) The definitions of normal day's work and normal week's work set out herein are not intended to guarantee any Employee a certain number of work hours.

g) The Company agrees to pay a shift differential of ten percent (10%) to Employees for all scheduled straight-time hours, as well as built-in overtime and carryover hours paid at one and one-half (1½) times, worked between 6:00 p.m. and 6:00 a.m., Monday through Saturday, and for twenty-four (24) hours on Sunday. Shift differential will not be paid for any overtime hours paid at two times (2x) or for unscheduled overtime paid at one and one-half (1½) times rate of pay.

**2.3 Overtime Rules, Part 1**

a) Time worked within normal or agreed-to work periods shall be paid at the straight-time rate unless a temporary upgrade, Section 2.2(g) or Section 13.2 applies. All Employees shall be paid at the overtime rate for hours worked in excess of eight (8) minimum or the Employee's regularly scheduled shift of greater than eight (8) hours.

For Employees working twelve (12)-hour shifts with built-in overtime, all regularly scheduled shift hours after forty (40) hours in the workweek shall be paid at one and one-half (1½) times the Employee's regular straight-time rate and will be included in the calculation in Section 2.4(b).

b) Call-Back:
The following shall apply when an employee has been relieved of duty and is called back to work due to unforeseen or unplanned circumstances, prior to the beginning of their next scheduled shift:

1. Overtime pay shall begin when work commences at the employee's assigned normal work location.

2. Employees assigned to other than their normal work location, shall be paid commencing thirty (30) minutes after accepting the call out.

3. Employees shall be paid thirty (30) minutes travel time after relieved from duty.

4. Employees shall receive not less than two (2) hours' pay at the overtime rate for each time called out during periods other than their respective shifts, except when the call occurs less than two (2) hours prior to their regularly established shift, in which case overtime pay will only apply until the beginning of the regular shift, except for Employees covered under Section 11.6.

c) <u>Overtime Opportunities:</u> As far as practical, equal opportunity for overtime work should be afforded to all Employees of each classification in each headquarters, plant, or office of the Company. If, after following the call-out process, there is still unassigned work, work may be assigned to the closest qualified worker.

d) <u>Continuous Overtime:</u> If an Employee works continuous overtime for eight (8) or more hours prior to the beginning of the normal shift, the Employee will be paid at the overtime rate until the Employee is offered a rest period of eight (8) hours or longer. An Employee on continuous overtime who is offered such a rest period may elect to take the rest period or continue to work all or part of the normal work period at straight-time rates as provided in this section. Supervisors may relieve an Employee from continuous duty over eight (8) hours at any time.

e) <u>Part-Time Employees:</u> Part-time Employees shall be paid

at the overtime rate when assigned to work on their scheduled day(s) off.

## 2.4 Overtime Rules, Part 2

a) Overtime Rate: The overtime rate of pay shall be either double (2x) or one and one-half (1½) times the Employee's regular straight-time rate. This rate shall also apply in the following circumstances:

1) All overtime worked when called out until the start of the Employee's next regularly scheduled shift.

2) All time worked in excess of twelve (12) hours in a day, other than the normal or agreed-to work period, unless Section 2.3(d) applies.

3) All time worked on Sunday and Company-recognized Holidays other than regularly scheduled shifts.

b) Double Overtime: The first fifty (50) hours of overtime beginning on January 1 of each year shall be paid at one and one-half (1½) times the Employee's regular straight-time rate. All overtime hours after that shall be paid at double (2x) the Employee's regular straight-time rate, excluding overtime hours noted in Section 2.3(a).

c) No Pyramiding: There will be no pyramiding or duplication of overtime pay or premium pay paid at the rate of one and one-half (1½) times or double time (2x). When an employee is eligible for both one and one-half (1½) times and double time (2x) pay, the employee will receive only the higher pay rate.

d) Emergencies: As a part of their duties, Employees are required to work overtime on an emergency basis and must share in the responsibility to provide continuous customer service. Each established headquarters will give Union members the responsibility to work with local management

to determine a procedure for ensuring response to callouts for system outages and emergencies. A list of volunteers shall be established for a prescribed period to be determined within each headquarters. To facilitate this procedure, the following options may be explored:

1) Alter jurisdiction boundaries to allow a broader area for call-outs.

2) Cell phones may be provided to volunteers as a tool for call-out response.

3) In the event of the absence of volunteers, low classification seniority shall apply to determine who will respond.

**2.5 Meals**

a) It is the intent of the Company to pay for a meal when an employee's ability to obtain said meal is impacted by the Company. To this end the Company shall provide an allowance for meals, whether eaten or not, for Employees working unscheduled overtime work and scheduled overtime work unless Section 2.5(a)(4) applies.

1) The meal allowance shall be equal to 50% of the Wireman hourly wage.

2) The meal allowance times shall be 6 a.m., 12 p.m. (Noon), 6 p.m., and 12 a.m. (Midnight) unless adjusted for work days other than the normal work days set forth in Section 2.2(a). Such adjusted meal times shall remain effective through the weekend.

3) Employees shall work two (2) hours of overtime to be eligible for a meal allowance, except that Employees called out immediately prior to their normal work period shall be paid meal allowances until released from duty.

4) Employees scheduled to work overtime, who have been