UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID CHENEY, individually and on behalf of all those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PUGET SOUND ENERGY, INC., a Washington Public Utility Corporation,<br><br>    Defendant. | No. 3:22-cv-05942<br><br>VERIFICATION OF STATE COURT RECORDS |

I, Chelsea Dwyer Petersen, declare as follows:

1. I am an attorney representing Defendant Puget Sound Energy, Inc. ("PSE") in the above-captioned matter.

2. Attached are true and complete copies of all pleadings, orders, and other records and proceedings that were filed in the Superior Court of the State of Washington for Pierce County, Case No. 22-2-09205-5, entitled "David Cheney v. Puget Sound Energy, Inc."

I declare under penalty of perjury under the laws of the United States and State of Washington that the foregoing is true and correct.

VERIFICATION OF STATE COURT RECORDS – 1
(No. 3:22-cv-05942)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

159125580.1

1  EXECUTED at Seattle, Washington, this 5th day of December 2022.

By: *s/ Chelsea Dwyer Petersen*
Chelsea Dwyer Petersen, WSBA No. 33787
CDPetersen@perkinscoie.com

VERIFICATION OF STATE COURT RECORDS – 2
(No. 3:22-cv-05942)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

159125580.1

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on December 5, 2022, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: December 5, 2022

*s/ Mary Lyles*
Mary Lyles, Legal Practice Assistant

CERTIFICATE OF SERVICE
(No. 3:22-cv-05942)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

159125580.1